1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055
Fax: (949) 722-8416
4
Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-5311 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Arthur Gonzales Jr., aka Arthus Gonzales, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Arthur Gonzales Jr., aka Arthus Gonzales, in the principal amount of $2,015.13 plus interest accrued to June 15, 2012, in the sum of $752.05; with interest accruing thereafter at the daily rate of $0.18 until entry of judgment, for a total amount of **$2,767.18**.

DATED: 8/28/2012         By: TERRY NAFISI
                             Clerk of the Court
                             L. RAYFORD
                             Deputy Clerk
                             United States District Court