1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4
   Attorney for: PLAINTIFF
5

6

7

8                    UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | No. CV 12-5311

12 |                      Plaintiff,

13 |          vs.                      | CONSENT JUDGMENT

14 | Arthur Gonzales Jr., aka

15 | Arthus Gonzales,

16 |                      Defendant

17     Pursuant to the above stipulation of the parties,

18 Judgment is hereby entered in favor of Plaintiff, UNITED

19 STATES OF AMERICA, against Defendant, Arthur Gonzales Jr.,

20 aka Arthus Gonzales, in the principal amount of $2,015.13

21 plus interest accrued to June 15, 2012, in the sum of

22 $752.05; with interest accruing thereafter at the daily rate

23 of $0.18 until entry of judgment, for a total amount of

24 **$2,767.18**.

25

26 DATED: __8/28/2012_____        By: TERRY NAFISI_____
                                       Clerk of the Court
27
                                       L. RAYFORD
28                                  _____
                                       Deputy Clerk
                                       United States District Court